IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BILLY C. BATEMON                                                               PLAINTIFF

VS.                           CASE NO. 5:10CV00010 BSM

STATE OF ARKANSAS, et al.                                            DEFENDANTS

## ORDER

The court has received proposed findings and partial recommended disposition from Magistrate Judge H. David Young. The parties have filed no objections. After carefully reviewing the partial recommended disposition and reviewing the record *de novo*, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

IT IS SO ORDERED this 3rd day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE